Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JO ANNE GRAFF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF,<br><br>                    Plaintiff,<br><br>v.<br><br>ACCOUNTS RECEIVABLE MANAGEMENT, INC., a New Jersey corporation, and WILLIAM J. COSENZA, individually and in his official capacity,<br><br>                    Defendants. | Case No. C08-00129-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, JO ANNE GRAFF, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JO ANNE GRAFF, hereby dismisses, with prejudice, all claims made by her against Defendants, ACCOUNTS RECEIVABLE MANAGEMENT, INC., and WILLIAM J. COSENZA, in her Complaint filed herein on January 8, 2008.  Plaintiff further notifies the Court that her dispute with Defendants has been settled.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    JO ANNE GRAFF